# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134399

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

    SC: 134399
    COA: 268697
    Wayne CC: 05-008765-01

TERRENCE JERON WINGO,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 14, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

d1119

_____
Clerk